UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | NO:  AU:25-CR-00299(1)-RP |
| (1) Juan Zarate-Salgado | § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 11, 2025, wherein the defendant Zarate-Salgado waived appearance before this Court and appeared before United States Magistrate Judge Dustin Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Zarate-Salgado to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Zarate-Salgado's plea of guilty to Count 1 of the Information is accepted.

Signed this 26th day of June, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE